IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br>17.924 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND UNITED STATES OF AMERICA AS SUCCESSOR IN INTEREST TO CAMERON COUNTY IRRIGATION DISTRICT NO. 2, ET AL.,<br><br>*Defendants.* | CASE NO. 1:10-cv-186<br>*(Lead Case)* |

## ORDER GRANTING THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO SEVER TRACT RGV-HRL-4086

The Court, having considered the United States of America's Unopposed Motion to Sever Tract RGV-HRL-4086, hereby finds that it is now necessary to do the following:

a. Sever into a separate proceeding, with a new civil number, 2.119 acres of land, hereinafter identified as Tract RGV-HRL-4086, from the description of the land acquired in Tract RGV-HRL-4080;

b. Sever the estate being taken for Tract RGV-HRL-4086;

c. Provide the estimated just compensation for Tract RGV-HRL-4086; and

d. Clarify as defendants all parties interested in Tract RGV-HRL-4086 who were identified in title examination results received after institution of this proceeding.

Accordingly, the Court hereby **GRANTS** the Motion to Sever Tract RGV-HRL-4086 from 1:10-cv-186 and **ORDERS** that Tract RGV-HRL-4086, identified and described in the Amended Declaration of Taking attached to this Order as Exhibit 1, be severed into new civil

1

case number  1:17CV74  .

**DONE AND ORDERED** this 28th day of March, 2017.

_____
**ANDREW S. HANEN**
United States District Judge