# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:17-cv-00074 |
| | § | |
| 2.119 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN CAMERON COUNTY, | § | |
| STATE OF TEXAS; AND KATHRYN | § | |
| WITHEY, ET AL., | § | |
| *Defendants*. | § | |

## **UNITED STATES OF AMERICA'S CERTIFICATE OF INTERESTED PARTIES**

**To the Honorable Andrew S. Hanen,**
**United States District Judge:**

Pursuant to this Court's March 28, 2017 Order Setting Conference (ECF. No. 2), the United States lists the following persons or other entities that are or may be financially interested in this litigation:

1. Kathryn G. Withey Trust;
2. Tony Yzaguirre, Jr., Cameron County Tax Assessor-Collector; and
3. United States of America.

                                                            Respectfully submitted,

                                                            **ABE MARTINEZ**,
                                                            Acting United States Attorney

                    By:    *s/ Richard A. Kincheloe*
                            Richard A. Kincheloe
                            Assistant United States Attorney
                            Attorney-in-Charge
                            United States Attorney's Office
                            Southern District of Texas
                            Texas Bar No. 24068107
                            S.D. Tex. ID No. 1132346
                            1000 Louisiana St., Suite 2300
                            Houston, Texas 77002

Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email:  Richard.Kincheloe@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Certificate was served on the parties listed below by first-class U.S. mail, postage prepaid, on April 4, 2017.

Kathryn G. Withey Trust
Alvin State Bank nka Regions Bank, Co-Trustee
Corporate Service Company d/b/a CSC-Lawyer's Incorporated Service Company,
Registered Agent
211 E. 7th Street, Suite 620
Austin, Texas 78701

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
Cameron County Courthouse Admin Building
964 East Harrison Street
Brownsville, Texas 78522

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney